56

398 A.2d 658

In re Nomination Papers of Joseph A. DIORIO, Representing the Independent Body, Candidate for Senator of the Commonwealth of Pennsylvania for the 5th Senatorial District, Philadelphia County, Pennsylvania.

Appeal of James R. LLOYD, Jr.

Supreme Court of Pennsylvania.

Argued March 12, 1979.

Decided March 16, 1979.

John Bernard McNally, Joseph H. O'Donnell, Jr., Philadelphia, for appellant.

Gary M. Gusoff, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.